NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

AUTOMOTIVE LODGE LOCAL 777 and
District No. 9, International Association of Machinists, AFL–CIO.

No. 16459.

United States Court of Appeals
Eighth Circuit.

April 22, 1960.

Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

Hilliard SANDERS, Appellant,

v.

Dr. R. O. SETTLE, Warden, U. S. Medical
Center, Springfield, Missouri.

No. 16342.

United States Court of Appeals
Eighth Circuit.

April 9, 1960.

John A. Biersmith, Jr., Kansas City, Mo., for appellant.

Edward L. Scheufler, U. S. Atty., and Clark A. Ridpath, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed as moot because appellant is no longer detained by or in custody of appellee, on motion of appellee and consent of appellant.

STEPHENS COMPANY, Inc., and Thomas P. Florida, Appellants,

v.

UNITED STATES of America and Beverly J. Lambert, Jr., Receiver.

No. 16536.

United States Court of Appeals
Eighth Circuit.

June 29, 1960.

E. L. McHaney, Jr., Little Rock, Ark., for appellant.

Wayne Owen, Little Rock, Ark., for appellee receiver.

Osro Cobb, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal dismissed for want of final or appealable order.